IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RANSFORD, | No. C 05-03962 WHA |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| PFIZER, INC. and PHARMACIA CORP.,, | |
| Defendants. / | |

    This action appears to be one of several cases currently pending in the Northern District of California involving the prescription drug Bextra®, which have been designated for coordinated or consolidated pretrial proceedings by the Judicial Panel on Multidistrict Litigation. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Charles Breyer for the purpose of determining whether it is related to *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL Case No. 05-1699 CRB.

**IT IS SO ORDERED.**

Dated: October 3, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE