IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 <br> District Judge: Charles R. Breyer <br> Magistrate: |
|---|---|
| **CAROL RANSFORD**, individually, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., <br><br> Defendants. | Case No. C 05 3962 CRB <br><br> **ORDER OF DISMISSAL** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 7th day of July, 2006, in San Francisco, California.

IT IS SO ORDERED
Judge Charles R. Breyer

_____
CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire